March 23, 1971.

M. P. No. 1370. IN RE: APPLICATION OF LODGE No. 4 PAW-TUCKET, FRATERNAL ORDER OF POLICE. This matter came on to be heard before Chief Justice Roberts in Chambers on March 22, 1971, on the Application of Lodge No. 4 Pawtucket, Fraternal Order of Police, dated March 22, 1971, requesting the Chief Justice to appoint a third arbitrator under the provisions of Sec. 28-9.2-8 of the General Laws, as amended, to arbitrate a Collective Bargaining Agreement for the fiscal year commencing July 1, 1971, between the City of Pawtucket and Lodge No. 4 Pawtucket, Fraternal Order of Police, on all of the unresolved issues between said parties.

After hearing thereon and consideration thereof, it is hereby

ORDERED:

1. The Application of Lodge No. 4 Pawtucket, Fraternal Order of Police, requesting the Chief Justice to appoint a third arbitrator is hereby granted.

2. Thomas H. Bride, Jr. of 138 Ann Mary Brown Drive, Warwick, Rhode Island, is hereby appointed as the third member

and chairman of the said Arbitration Board under the provisions of Sec. 28-9.2-8 of the General Laws, as amended.

*Phillip S. Rosen,* for Lodge No. 4, F. O. P. *Victor J. Beretta,* City Solicitor of Pawtucket.